**Fill in this information to identify the case:**

Debtor 1: Susan Ruth Erickson

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of MI
(State)

Case number: 16-50124

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 9 1 6 4

**Date of payment change:**
Must be at least 21 days after date of this notice: 03/01/2020

**New total payment:** $ 497.30
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 110.77   New escrow payment: $ 112.73

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %   New interest rate: _____ %

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

Debtor 1 Susan Ruth Erickson  Case number (if known) 16-50124
First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

☒ /s/ Michelle R. Ghidotti-Gonsalves   Date 2 / 5 /2020
Signature

Print: Michelle R. Ghidotti-Gonsalves   Title AUTHORIZED AGENT
First Name   Middle Name   Last Name

Company: Ghidotti Berger, LLP

Address: 1920 Old Tustin Ave
Number   Street

Santa Ana, CA 92705
City   State   ZIP Code

Contact phone (949) 427 – 2010   Email mghidotti@ghidottiberger.com

Analysis Date:   January 31, 2020

SUSAN R ERICKSON  
JUDITH E ERICKSON  
223 OAK RIDGE DR UNIT 55                                  Property Address:  
PONTIAC MI  48341                                         223 OAK RIDGE DRIVE UNIT 55  
                                                          PONTIAC, MI  48341

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Dec 2019 to Feb 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Mar 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 384.57 | 384.57 |
| Escrow Payment: | 110.77 | 112.73 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $495.34 | $497.30 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Dec 01, 2019 |
| Escrow Balance: | 142.65 |
| Anticipated Pmts to Escrow: | 332.31 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $474.96 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual |   | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Starting Balance | 0.00 | 0.00 |
| Dec 2019 |  | 317.42 |  |  | * | Escrow Only Payment | 0.00 | 317.42 |
| Dec 2019 |  | 110.77 |  |  | * |  | 0.00 | 428.19 |
| Dec 2019 |  |  |  | 81.08 | * | City/Town Tax | 0.00 | 347.11 |
| Jan 2020 |  | 110.77 |  |  | * |  | 0.00 | 457.88 |
| Jan 2020 |  | 110.77 |  |  | * |  | 0.00 | 568.65 |
| Jan 2020 |  |  |  | 426.00 | * | Rental Policy | 0.00 | 142.65 |
|  |  |  |  |  |  | Anticipated Transactions | 0.00 | 142.65 |
| Jan 2020 |  | 221.54 |  |  |  |  |  | 364.19 |
| Feb 2020 |  | 110.77 |  |  |  |  |  | 474.96 |
|  | $0.00 | $982.04 | $0.00 | $507.08 |  |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

SN Servicing Corporation                    Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: January 31, 2020

SUSAN R ERICKSON

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 474.96 | 394.80 |
| Mar 2020 | 112.73 |  |  | 587.69 | 507.53 |
| Apr 2020 | 112.73 |  |  | 700.42 | 620.26 |
| May 2020 | 112.73 |  |  | 813.15 | 732.99 |
| Jun 2020 | 112.73 |  |  | 925.88 | 845.72 |
| Jul 2020 | 112.73 |  |  | 1,038.61 | 958.45 |
| Aug 2020 | 112.73 | 845.71 | City/Town Tax | 305.63 | 225.47 |
| Sep 2020 | 112.73 |  |  | 418.36 | 338.20 |
| Oct 2020 | 112.73 |  |  | 531.09 | 450.93 |
| Nov 2020 | 112.73 |  |  | 643.82 | 563.66 |
| Dec 2020 | 112.73 | 81.08 | City/Town Tax | 675.47 | 595.31 |
| Jan 2021 | 112.73 | 426.00 | Rental Policy | 362.20 | 282.04 |
| Feb 2021 | 112.73 |  |  | 474.93 | 394.77 |
|  | $1,352.76 | $1,352.79 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 225.47. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 225.47 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 474.96. Your starting balance (escrow balance required) according to this analysis should be $394.80. This means you have a surplus of 80.16. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be 1,352.79. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 112.73 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $112.73 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

Kristin Zilberstein, Esq. (SBN: 200041)
Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Ghidotti Berger, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottiberger.com

Authorized Agent for Creditor
U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT DIVISION

| | |
|---|---|
| In Re: | ) CASE NO.:  16-50124 |
| | ) |
| Susan Ruth Erickson, | ) CHAPTER 13 |
| | ) |
| Debtors. | ) **CERTIFICATE OF SERVICE** |
| | ) |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1
CERTIFICATE OF SERVICE

On February 5, 2020 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Susan Ruth Erickson<br>223 Oak Ridge Drive<br>Pontiac, MI 48341 | **Debtor's Counsel**<br>Scott A. Gies<br>31313 Northwestern Hwy., Suite 200<br>Farmington Hills, MI 48334<br><br>**Trustee**<br>Tammy L. Terry<br>Buhl Building<br>535 Griswold, Suite 2100<br>Detroit, MI 48226 |
|---|---|

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on February 5, 2020 at Santa Ana, California

/*s / Lauren Simonton*/
Lauren Simonton